**1**

Clarence TUCKER v. STATE. (No. 10600.) (Court of Criminal Appeals of Texas. Oct. 27, 1926.) Appeal from District Court, Smith County; J. R. Warren, Judge. Bulloch & Ramey, of Tyler, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful sale of intoxicating liquors; punishment fixed at confinement in the penitentiary for a period of three years. The indictment appears regular. The record is before this court without statement of facts or bills of exceptions. No fundamental error has been discovered or pointed out. The judgment is affirmed.

---

**2**

J. C. TURNER v. STATE. (No. 10486.) (Court of Criminal Appeals of Texas. Oct. 13, 1926.) Appeal from District Court, Freestone County; J. R. Bell, Judge. P. O. French, of Fairfield, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Freestone county for rape; punishment, five years in the penitentiary. Neither bills of exception nor statement of facts appear in the record. The indictment charges rape by force, threats, and fraud. The charge of the court properly submits the law. No error appearing, the judgment will be affirmed.

---

**3**

J. F. VAN NESS v. STATE. (No. 10411.) (Court of Criminal Appeals of Texas. Nov. 17, 1926.) Appeal from Harris County Court at Law; Ben F. Wilson, Judge. Lawson & Letts, of Houston, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appeal is from a conviction for contributing to the delinquency of a child. Article 534, P. C. 1925. The punishment is 30 days in jail and a fine of $100. The record comes to this court without bills of exception or statement of facts. No error of a fundamental character is found. Nothing is presented for review. The judgment is affirmed.

---

**4**

W. V. WEST v. STATE. (No. 10553.) (Court of Criminal Appeals of Texas. Oct. 13, 1926. Rehearing Denied Nov. 10, 1926.) Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. Ed Roark, of Dallas, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appellant is under conviction for murder, with punishment assessed at imprisonment in the penitentiary for life. The record comes to this court without bills of exception or statement of facts. In such condition, nothing is presented for review, and all presumptions will be indulged in favor of the regularity of the trial. The judgment is affirmed.

---

**5**

Oscar WOOD, alias Kali Wood, v. STATE. (No. 10625.) (Court of Criminal Appeals of Texas. Nov. 3, 1926.) Appeal from District Court, Collin County; F. E. Wilcox, Judge. Henry White, of McKinney, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for the sale of intoxicating liquor; punishment having been assessed at confinement in the penitentiary for two years. Appellant has filed his affidavit, making known to the court that he desired to withdraw his appeal. Complying with such request, the same is ordered dismissed.

---

**6**

J. P. WOODS v. STATE. (No. 10370.) (Court of Criminal Appeals of Texas. Nov. 10, 1926.) Appeal from District Court, Eastland County; Geo. L. Davenport, Judge. M. E. Lawrence, of Eastland, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful possession of a still for the manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year. The indictment appears regular, and no fundamental error is revealed by the record. The case comes before us without statement of facts or bills of exceptions. The judgment is affirmed.

---

**7**

E. W. BLACK, Appellant, v. SAN ANTONIO MORRIS PLAN COMPANY, Appellee. (No. 7615.) (Court of Civil Appeals of Texas. San Antonio. Nov. 6, 1926.) Error from Bexar County Court for Civil Cases; McCollum Burnett, Judge. George R. Gillette, of San Antonio, for defendant in error.

COBBS, J. This was an ordinary suit in the county court of Bexar county for civil cases, for debt and foreclosure of a chattel mortgage. In the trial court the defendant appeared and filed a "plea in abatement," alleging pendency of another suit in the district court, and filed no other answer. The judgment shows that exceptions to this plea in abatement were sustained, and that no evidence was offered in support of this plea, and that thereupon the county court heard the case on the merits and rendered judgment for the debt and foreclosure. No formal assignments of error have been filed, and no brief for plaintiff in error has been filed; but the motion for new trial incorporated in the record complains of the action of the court in overruling the "plea in abatement." There being no merit in the appeal, nor fundamental error apparent, the writ of error is accordingly dismissed, and the judgment of the trial court is affirmed.